IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01609-REB-MEH

JACQUES RICHARDSON,

      Plaintiff,

v.

SGT. MARY RICARD and
CAPT. CASSANDRA METOYER,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2009.**

      Plaintiff's Motion Concerning Court Order [filed October 19, 2009; docket #23] is **granted** as follows: the Clerk of Court is directed to mail copies of this minute order, the docket sheet, and the documents located at Dockets ##14, 15, 20, 20-2, and 20-3, to Plaintiff's address identified on the docket.

      Pending before the Court is Defendants Ricard and Metoyer's Motion to Dismiss the First Claim for Relief and Motion for Summary Judgment [filed October 13, 2009; docket #20]. In light of Plaintiff's representations that he has not received the pending motion and other documents, Plaintiff's response is due on or before **November 10, 2009**. Defendants may reply on or before **November 25, 2009**.