IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01609-REB-MEH

JACQUES RICHARDSON,

      Plaintiff,

v.

SGT. MARY RICARD and
CAPT. CASSANDRA METOYER,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 2, 2009.**

      Plaintiff's Motion to Amend [filed November 30, 2009; docket #33] is **denied without prejudice** with leave to re-file. Under Fed. R. Civ. P. 15(a)(2), the Court must freely give leave to amend when justice so requires; however, Plaintiff did not include a proposed Second Amended Complaint with his motion, so the Court cannot properly evaluate whether justice requires the amendment. If Plaintiff re-files his Motion to Amend, he must include a proposed Second Amended Complaint as an exhibit to his motion.