IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

---

Civil Action No.   09-cv-01609-REB-MEH            Date:   May 5, 2010
Courtroom Deputy:  Cathy Coomes                   **FTR – Courtroom C203**

---

JACQUES RICHARDSON,                               *Pro Se* (by telephone)

      Plaintiff,

vs.

SGT. MARY RICARD and                              Patrick L. Sayas
CPT. CASSANDRA METOYER,

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC FINAL PRETRIAL CONFERENCE**

**Court in session:**      **9:15 a.m.**

Court calls case.  Appearances of *pro se* Plaintiff and counsel for Defendants.

Discussion and argument regarding Plaintiff's Motion for an Order Compelling Discovery (Doc. #55, filed 4/5/10).

**ORDERED:**  Plaintiff's Motion for an Order Compelling Discovery (Doc. #55, filed 4/5/10) is GRANTED in part and DENIED in part as stated on the record.  Mr. Sayas is directed by the Court to ask Defendants Ricard and Metoyer to ask the Department of Corrections whether the discovery requested by Plaintiff exists and can be obtained.  If the discovery requested can be obtained, Mr. Sayas will provide that discovery to Plaintiff by **June 1, 2010.**

Discussion regarding Plaintiff's request for appointment of counsel.  Plaintiff is directed to file a written motion regarding that request.

The proposed Final Pretrial Order is reviewed.

Discussion with Plaintiff's Case Manager regarding speaking with Plaintiff by telephone as to settlement.

**ORDERED:**  Plaintiff and his Case manager will contact the Court at (303)844-4507 at **9:30 a.m. on May 12, 2010,** to discuss settlement.

Further review of the proposed Final Pretrial Order, witness lists, and exhibit lists.

The Final Pretrial Order is approved and will be filed with the corrections made of record.  If this Court's Recommendation is accepted by Judge Blackburn, or if an attorney enters an appearance on behalf of the plaintiff, an Amended Final Pretrial Order must be submitted by the parties.

**Court in recess:**      **10:17 a.m**      **(Hearing concluded)**
**Total time in court:**  1:02