**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01609-REB-MEH

JACQUES RICHARDSON,

    Plaintiff,

v.

SGT. MARY RICARD, and
CAPT. CASSANDRA METOYER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is **Plaintiff** (sic) **Motion Asking The Court To Dismiss Plaintiffs** (sic) **Case With Prejudice** [#88] filed May 25, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff** (sic) **Motion Asking The Court To Dismiss Plaintiffs** (sic) **Case With Prejudice** [#88] filed May 25, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for June 25, 2010, is **VACATED**;

3. That the jury trial set to commence July 12, 2010, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE**.

Dated May 26, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge